David I. Johnson et al., *v.* The Cameron Coal Company, Respondent, Jacob Elias, Appellant.

(Submitted June 14, 1881; decided June 21, 1881.)

*E. R. Coudert and Edgar A. Farrell* for appellant.

---

* *Ante,* p. 478.

*Angel A. Simpson* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.